IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERALDINE C. ROGERS, | ) |
| | ) Civil Action No. 7:05CV00158 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| v. | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) By: James C. Turk |
| Defendant. | ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that defendant's motion for summary judgment is **GRANTED** pursuant to Federal Rule of Civil Procedure 56. This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

**ENTER**: This /v<sup>th</sup> day of December, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE